# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**RAYMOND ANDREW WALLACE, III**  **CIVIL ACTION**

**VERSUS**  **NO. 20-390-BAJ-RLB**

**ANDREW M. SAUL**

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on March 8, 2021.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**RAYMOND ANDREW WALLACE, III**                                  **CIVIL ACTION**

**VERSUS**                                                                                    **NO. 20-390-BAJ-RLB**

**ANDREW M. SAUL**

**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Unopposed Motion to Remand filed by Defendant Andrew M. Saul, Commissioner of the Social Security Administration, on February 26, 2021. (R. Doc. 14).

Plaintiff filed this action seeking judicial review of the September 5, 2019 final administrative decision finding him not entitled to disability insurance benefits under Title II of the Social Security Act. The Commissioner now seeks reversal of the final administrative decision and remand pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further administrative proceedings. The Commissioner states "that an outright award of benefits is unjustified at this juncture because an aware of benefits would require this Court to make *de novo* determinations." (R. Doc. 14-1 at 2).

Considering the law, the representations made by the Commission in support of the Motion, and the lack of any opposition, reversal and remand is appropriate. Upon remand, and as specifically requested by the Commissioner in the Motion, the Commissioner shall conduct further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Based on the foregoing,

**IT IS RECOMMENDED** that the Motion to Remand (R. Doc. 14) be **GRANTED** and and this matter be **REMANDED** to the Commissioner, pursuant to the fourth sentence of 42 U.S.C. § 405(g), for the purpose of conducting further administrative proceedings.

**IT IS FURTHER RECOMMENDED** that Plaintiff's action be **DISMISSED**, reserving Plaintiff's right to the subsequent timely filing of an application for attorney's fees under the Equal Access to Justice Act, 42 U.S.C. § 2412(d)(1)(B).

Signed in Baton Rouge, Louisiana, on March 8, 2021.

_____
**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**