UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAYMOND ANDREW WALLACE, III          CIVIL ACTION

VERSUS

ANDREW SAUL,          NO. 20-00390-BAJ-RLB
*Social Security Commissioner*

### RULING AND ORDER

Before the Court is Defendant's Unopposed Motion To Remand (Doc. 14), seeking reversal of the September 5, 2019 final administrative decision determining that Plaintiff is not entitled to disability insurance benefits under Title II of the Social Security Act, and remand for the purpose of conducting further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On March 8, 2021, the Magistrate Judge issued a Report and Recommendation recommending that Defendant's Motion be granted. There is no objection to the Magistrate Judge's recommendation.

Having carefully considered Defendant's Motion, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the September 5, 2019 final administrative decision determining that Plaintiff is not entitled to disability insurance benefits under Title II of the Social Security Act be and hereby is **REVERSED**.

**IT IS FURTHER ORDERED** that the above-captioned matter is **REMANDED** to the Commissioner for the purpose of conducting further administrative proceedings, reserving Plaintiff's right to timely file an application for attorney's fees under the Equal Access to Justice Act, 42 U.S.C. § 2412(d)(1)(B).

Baton Rouge, Louisiana, this 15th day of April, 2021

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**